IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN DYLAN BARR,

Plaintiff,

v.

THOMAS PETERS and KEVIN KOCUREK,

Defendants.

Case No. 19-cv-958 JPG

### **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 29, 2021**          **MARGARET M. ROBERTIE, Clerk of Court**

                                  **s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**